**IN THE UNITED STATES DISTRICT COURT**
**FOR THE**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

Michele Papadopoulos

Plaintiff(s),

v.

Kilolo Kijakazi,

Defendant(s).

Case: 21 cv 3553
Judge: Maria Valdez

**JUDGMENT IN A CIVIL CASE**

Judgment is hereby entered (check appropriate box):

☐ in favor of plaintiff(s)
and against defendant(s)
in the amount of $ ,

which ☐ includes pre–judgment interest.
☐ does not include pre–judgment interest.

Post-judgment interest accrues on that amount at the rate provided by law from the date of this judgment.

Plaintiff(s) shall recover costs from defendant(s).

---

☐ in favor of defendant(s)
and against plaintiff(s)

.

Defendant(s) shall recover costs from plaintiff(s).

---

☒ other: Judgment is entered granting in part and denying in part Plaintiff's motion to reverse or remand the Commissioner's decision [21], and denying Defendant's cross-motion for summary judgment [26].

☐ tried by a jury with Judge presiding, and the jury has rendered a verdict.
☐ tried by Judge without a jury and the above decision was reached.
☒ decided by Judge Maria Valdez on motions [21] and [26].

Date: 12/16/2022

Thomas G. Bruton, Clerk of Court

Lisa K. Provine , Deputy Clerk