**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF NextGen 1.6.3**
**Eastern Division**

Michele Papadopoulos
Plaintiff,
v.
Case No.: 1:21−cv−03553
Honorable Maria Valdez
Andrew M. Saul
Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, February 6, 2023:

MINUTE entry before the Honorable Maria Valdez: Defendant's Agreed Motion to Award EAJA Fees [32] is granted. Plaintiff is awarded a total of $12,000 for attorney's fees and expenses, in full satisfaction of any and all claims for attorney's fees, expenses, and costs that may be payable to Plaintiff in this matter under the Equal Access to Justice Act, 28 U.S.C. section 2412. Mailed notice(lp, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.