IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| MICHELE PAPADOPOULOS, | ) | |
| | ) | |
| Plaintiff | ) | |
| | ) | |
| v. | ) | No. 21 C 3553 |
| | ) | |
| KILOLO KIJAKAZI, | ) | Magistrate Judge Maria Valdez |
| Acting Commissioner of Social Security, | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER**

This matter coming before the court on the parties' stipulation to award EAJA fees, and the court being fully advised, it is hereby ORDERED as follows:

1. Plaintiff is awarded $12,000.00 for attorney fees and expenses, and $0 in costs, in full satisfaction of any and all claims that may be payable to plaintiff in this matter under the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412.

2. Any fees paid belong to plaintiff and not plaintiff's attorney and can be offset to satisfy any pre-existing debt that the litigant owes the United States. *Astrue v. Ratliff*, 560 U.S. 586 (2010). If defendant can verify that plaintiff does not owe a pre-existing debt to the government subject to the offset, defendant will direct that the award be made payable to Marcie E. Goldbloom. If payment is mailed, as compared to electronically deposited, it shall be mailed to counsel's address of record: **53 W. Jackson Blvd., Suite 515, Chicago, IL 60604**.

**SO ORDERED.**

**ENTERED:**

**DATE: February 6, 2023**

______________________________

**HON. MARIA VALDEZ**
**United States Magistrate Judge**